| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820) |
| | United States Attorney |
| 2 | MATHEW W. PILE (WSBA 32245) |
| | Associate General Counsel |
| 3 | Office of Program Litigation, Office 7 |
| 4 | LORI A. LOOKLISS (MICHIGAN BAR P64099) |
| | Special Assistant United States Attorney |
| 5 | Office of Program Litigation, Office 7 |
| | Office of the General Counsel |
| 6 | Social Security Administration |
| 7 | 6401 Security Boulevard |
| | Baltimore, MD 21235 |
| 8 | Telephone: (410) 966-3808 |
| | lori.lookliss@ssa.gov |
| 9 | |
| 10 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E.G., | Civil No. 3:24-cv-03378-LJC |
| Plaintiff, | |
| vs. | |
| MARTIN O'MALLEY, | |
| Commissioner of Social Security, | |
| Defendant. | STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESOPNSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from October 7, 2024 to November 6, 2024, for Defendant to respond to Plaintiff's Motion for Summary Judgment (Dkt. No. 10).

This is Defendant's first request for an extension of time. Good cause exists for this

Extension. I am asking for more time to respond to Plaintiff's brief. I have had to attend to an ongoing family medical emergency in the past few weeks that has limited my ability to work ahead. Therefore, Defendant requests a 30-day extension.

The Office of the General Counsel contacted Plaintiff's counsel, and there is no objection to this motion. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience. Defense counsel believes the requested extension should allow sufficient time to address the issues.

Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

Pursuant to Section 5-1(i)(3) of the Civil Local Rules of the United States District Court for the Northern District of California, I certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained authorization from Francesco Benavides, to affix their electronic signature to this document.

DATED October 3, 2024

Respectfully submitted,

/s/ Francesco Benavides
(*as authorized via email October 2, 2024)
Francesco Benavides
Attorney for Plaintiff

ISMAIL J. RAMSEY
United States Attorney

By: /s/ Lori A. Lookliss
LORI A. LOOKLISS
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 10, 2024

_____
THE HONORABLE LISA J. CISNEROS
United States Magistrate Judge