UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHO REGINA GONZALES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN J. O'MALLEY, et al.,<br><br>　　　　　Defendants. | Case No. 3:24-cv-03378-LJC<br><br>**JUDGMENT IN A CIVIL CASE** |

　　( ) Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

　　(X) Decision by Court.  This action came to trial, hearing, or submission on the papers to the Court.  The issues have been presented and a decision has been rendered.

　　IT IS SO ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff.

Dated: September 30, 2025

　　　　　　　　　　　　　　　　　　　　Mark Busby, Clerk

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Brittany Sims
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk